UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 10-00694-dd |
| Thomas Kelsch, ) | Chapter 7 |
| ) | |
| ) | NOTICE AND APPLICATION FOR |
| Debtor. ) | SALE OF PROPERTY FREE AND CLEAR. |

**TO: All Creditors and Parties in Interest**

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to sell the property herein described according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application should be filed with the Clerk of the Bankruptcy Court no later than twenty one (21) days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **July 19, 2011 at 9:00 a.m.**, at the United States Bankruptcy Court, 145 King Street, Suite 225, Charleston, South Carolina. No further notice of this hearing will be given.

TYPE OF SALE: Private Sale.

PROPERTY TO BE SOLD: The Estate's one half interest in real property known as 70 Hospitality Street, Mount Pleasant, SC 29464 with TMS Number 535-06-00-321. The co-owner, Marianne Dougherty, has agreed to this sale.

**NOTICE: THE TRUSTEE IS SELLING THE ABOVE-REFERENCED PROPERTY "AS IS," WITHOUT ANY WARRANTIES WHATSOEVER INCLUDING, BUT NOT LIMITED TO, WARRANTY AS TO TITLE. THE BUYER AGREES TO RECEIVE THE PROPERTY WITH ALL FAULTS. THE TRUSTEE MAKES NO WARRANTY, EXPRESS OR IMPLIED, REGARDING THE PROPERTY, AND SPECIFICALLY EXCLUDES ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR USE OR PURPOSE. THE BUYER SHOULD HAVE THE TITLE TO THE PROPERTY RESEARCHED BEFORE THE CONSUMMATION OF THE SALE. THE TRUSTEE DOES NOT PROVIDE LIEN OPINIONS.**

**THE BUYER HAS BEEN GIVEN THE OPPORTUNITY TO EXAMINE THE PROPERTY BEFORE SIGNING ANY CONTRACT OR SUBMITTING A BID TO PURCHASE THE PROPERTY, AND TO PERFORM SUCH TESTING, IF APPLICABLE, TO DETECT POSSIBLE LATENT DEFECTS.**

PRICE: Eight hundred fifty thousand ($850,000.00) dollars plus twenty-five thousand ($25,000.00) dollars to be paid directly to the bankruptcy estate for a total sales price of <u>eight hundred seventy-five</u> ($875,000.00) dollars.

APPRAISAL VALUE: $875,000.00 per Trustee's real estate appraiser.

BUYER: Aquilla S. Turk and Betsy S. Turk (The Buyers are good faith purchasers for value under §363(m) and do not have any known adverse interest in this case or any parties involved in this case, including the Debtor, his counsel and the U.S. Trustee's office. The Buyers are not

creditors of the Debtor).

PLACE, DATE AND TIME OF SALE: This sale shall take place as soon as possible following the entry of the Order Approving the Sale by the U.S. Bankruptcy Court at a date, place and time to be agreed upon by the parties.

SALES AGENT/AUCTIONEER/BROKER/ETC.: Douglas Harbin, Harbins Two, Inc., 1220 Cadberry Court, Mount Pleasant, SC, 29464.

EXPENSES OF SALE: Normal Seller's closing costs estimated to be $4,003.50, or approximately .5% of the gross sale price are to be paid from the lender's portion of the sale proceeds.

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.: Twenty-five thousand five hundred ($25,500.00) dollars or approximately three percent (3%) to be paid by the lender's portion of the sale proceeds.

ESTIMATED TRUSTEE'S COMPENSATION: Reasonable compensation to be determined by the Court (but not to exceed the limits set in 11 U.S.C. §326(a)).

LIENS/MORTGAGES/SECURITY INTEREST ENCUMBERING PROPERTY: The sale is free and clear of all liens, encumbrances and judgments. This sale is subject to any easements, covenants or restrictions of record. There is a valid first mortgage lien held against this real property by ASC in the amount of $998,000.00. ASC has agreed to accept $796,757.93 to release it's lien on the real estate. In addition, there is a valid second mortgage lien held against this real property by GMAC in the amount of $198,320.00. GMAC has agreed to accept $20,000.00 to release it's lien on the real estate  The net amounts could increase or decrease depending on the actual closing costs determined at closing.

The Trustee is not aware of any other liens, judgments, or other encumbrances. To the extent they may exist, they are disputed and they shall attach to the estate's interest in the net sale of proceeds pursuant to 11 U.S.C. §326(f)(4).

DEBTOR'S EXEMPTION: Not applicable.

PROCEEDS ESTIMATED TO BE PAID TO THE ESTATE: $25,000.00

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale. Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at the hearing that the property be sold to another party on equivalent or more favorable terms.

The Trustee may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the court issue an order authorizing sale of said property and such other and further relief as may be proper.

/s/ Kevin Campbell
KEVIN CAMPBELL, TRUSTEE
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/884-0997(fax)
District Court ID No. 30
kcampbell@campbell-law-firm.com

Dated: June 1, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas C. Kelsch, | ) | Bankruptcy Case No.: 10-00694-DD |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF MAILING**

I, Meghan R. Garmany, Legal Assistant, Campbell Law Firm, P.A. hereby certify that on this day I mailed a true and correct copy of the following:

**NOTICE AND APPLICATION FOR SALE OF PROPERTY
AND PROPOSED ORDER APPROVING SALE**

by mailing said copies by United States mail, with proper postage affixed thereto and addressed to the following parties and those on the attached mailing matrix. The United States Trustee's Office was served electronically with this document.

    /s/ Meghan Garmany
Meghan R. Garmany, Legal Assistant
Campbell Law Firm, PA
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: June 1, 2011


```
Label Matrix for local noticing        AC HEATING & AIR CONDITIONING          ALEXANDER, OFFENBERGER AND ROOT
0420-2                                  1943 BELGIATE ST                       3131 ELBEE
Case 10-00694-dd                        SUITE 1                                Dayton OH 45439-1919
District of South Carolina              Charleston SC 29407-5501
Charleston
Wed Jun  1 16:01:08 EDT 2011

AMCS                                    AMERICA'S SERVICING COMPANY            ASC
2409 A MALL DRIVE                       MAC NO X 7801 014                      POB 10328
Charleston SC 29406-6506                3476 STATEVIEW BLVD                    Des Moines IA 50306-0328
                                        FORT MILL, SC 29715-7203


AVONDALE BUILDING AND DEV CORP          America's Servicing Company            BANK OF AMERICA
d/b/a 1-800 WATER DAMAGE                c/o Wells Fargo Home Mortgage          PO BOX 15019
C/O WM MARK KOONTZ ESQ                  Bankruptcy Payment Processing          Wilmington DE 19850-5019
PO BOX 40578                            MAC# X2302-04C
CHARLESTON SC 29423-0578                1 Home Campus
                                        Des Moines, IA 50328-0001

CAPITAL ONE                             CHARLESTON COUNTY TREASURER            CHASE
POB 71083                               POB 878                                PO BOX 78101
Charlotte NC 28272-1083                 Charleston SC 29402-0863               Phoenix AZ 85062-8101



CHASE AUTO FINANCE                      Kevin Campbell                         DEPARTMENT OF REV OHIO
201 N CENTRAL AVE                       PO Box 684                             PO BOX 182401
AZ1-1191                                Mount Pleasant, SC 29465-0684          Columbus OH 43218-2401
PHOENIX, AZ 85004-0073



Fia Card Services, NA As Successor In Intere  Fia Card Services, NA/Bank of America   GMAC
Bank of America NA and Mbna America Bank      by American Infosource Lp As Its Agent  PO BOX 9001719
1000 Samoset Drive                            PO Box 248809                           Louisville KY 40290-1719
DE5-023-03-03                                 Oklahoma City, OK  73124-8809
Newark, DE 19713-6000

HSBC                                    HSBC   Bank Nevada, N.A.               J. Steven Huggins
POB 5222                                By PRA Receivables Management, LLC     Moss & Associates Attorneys, PA
Carol Stream IL 60197-5222              PO Box 12907                           2170 Ashley Phosphate Road
                                        Norfolk VA 23541-0907                  First Citizens Bldg., Suite 405
                                                                               Charleston, SC 29406-4190

(p)INTERNAL REVENUE SERVICE             Thomas Charles Kelsch                  William S. Koehler
CENTRALIZED INSOLVENCY OPERATIONS       138 Cooper River Drive                 Rogers Townsend Thomas PC
PO BOX 7346                             Mount Pleasant, SC 29464-1813          PO Box 100200
PHILADELPHIA PA 19101-7346                                                     Columbia, SC 29202-3200


LAWSON                                  MOSS & ASSOCIATES, P.A.                MUSC
PO BOX 1692                             2170 ASHLEY PHOSPHATE ROAD             POB 600077
Mount Pleasant SC 29465-1692            SUITE 405                              Raleigh NC 27675-6077
                                        Charleston SC 29406-4178


OHIO DEPARTMENT OF TAXATION             OHIO DEPT OF HUMAN RESOURCES           PHILLIPS LAW FIRM
BANKRUPTCY DIVISION                     222 E CENTRAL PKWY                     9521 MONTGOMERY ROAD
P.O. BOX 530, COLUMBUS, OH. 43216       Cincinnati OH 45202-1225               Cincinnati OH 45242-7211
```

| | | |
|---|---|---|
| PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Mary R Powers<br>Rogers Townsend Thomas PC<br>PO Box 100200<br>Columbia, SC 29202-3200 | RUSSELL D WILSON<br>3914 MIAMI RD<br>Cincinnati OH 45227-3742 |
| SC DEPARTMENT OF REVENUE<br>POB 12265<br>Columbia SC 29211-2265 | SHELL<br>POB 183018<br>Columbus OH 43218-3018 | SMITH & KOONTZ<br>7455 CROSS COUNTY ROAD SUITE 1<br>PO BOX 40578<br>Charleston SC 29423-0578 |
| SUNSHINE STATE INS<br>PO BOX 3918<br>Sarasota FL 34230-3918 | TARGET<br>POB 59317<br>Minneapolis MN 55459-0317 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bankruptcy Court<br>Attn: Systems<br>1100 Laurel Street<br>Columbia, SC 29201-2423 |
| Tobias G. Ward Jr.<br>Tobias G. Ward, Jr., PA<br>PO Box 6138<br>Columbia, SC 29260-6138 | Wells Fargo Home Mortgage<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>INSOLVENCY GROUP 4<br>1835 ASSEMBLY STREET<br>MPD 39<br>Columbia SC 29201 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | (d)U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 |
| (d)US BANK<br>POB 790408<br>Saint Louis MO 63179 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)America's Servicing Company, servicer f | (u)JPMorgan Chase Bank, N.A. | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     2<br>Total                  45 |